IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVIN K. KELLAM,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3646

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Alvin K. Kellam, pro se, Appellant.

Pamela Jo Bondi, Attorney General and Marcus O. Graper, Assistant Attorney General, Tallahassee; Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.